

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNELL ANTHONY DUKES,

        Plaintiff,

v.                                         Case No. 06-C-0898

DAVID CLARKE,
RICHARD SCHMIDT,
and SGT. HAAS,

        Defendants.

## ORDER

Plaintiff Darnell Anthony Dukes lodged this pro se civil rights action pursuant to 42 U.S.C. § 1983. Currently pending is the plaintiff's motion for leave to proceed *in forma pauperis*.

At the commencement of this action, the plaintiff was a prisoner subject to 28 U.S.C. § 1915(b)(1). As such, the plaintiff filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint. However, the plaintiff is no longer a prisoner, and thus the plaintiff's initial petition and affidavit based on his prison trust account statement is no longer applicable to a determination of whether the litigant is unable to pay the costs of commencing the action under 28 U.S.C. § 1915(a).

**NOW THEREFORE IT IS ORDERED** that the plaintiff complete an amended petition and affidavit to proceed *in forma pauperis* and return it to the court. A blank copy of the petition and affidavit is attached.

Dated at Milwaukee, Wisconsin this 4th day of December, 2006.

BY THE COURT:

WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge